UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN DANIEL GALLOT, <br>     Plaintiff, <br>   v. <br><br> UNKNOWN, <br>     Defendant. | Case No. 19-01125 BLF (PR) <br><br> **ORDER OF DISMISSAL** |

On February 28, 2019, Plaintiff, proceeding *pro se*, filed a letter attempting to initiate a civil rights action pursuant to 42 U.S.C. § 1983. (Docket No. 1.) On the same day, the Clerk sent Plaintiff a notice informing him that he must file a complaint on the proper form within twenty-eight days or the action would be dismissed. (Docket No. 2.) A blank complaint form and postage-paid return envelope were enclosed with the notice. (*Id.*) The Clerk also sent a separate notice informing Plaintiff that he needed to either pay the filing fee or file an *In Forma Pauperis* ("IFP") application within twenty-eight days to avoid dismissal. (Docket No. 3.) The deadline, March 28, 2019, has passed, and Plaintiff has failed to file a proper complaint and pay the filing fee or file an IFP application.

Accordingly, this action is **DISMISSED** without prejudice for failure to file a

proper complaint and pay the filing fee. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: April 11, 2019

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.19\01125Gallot_dis-ifp-compl.

2