UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN DANIEL GALLOT, <br>     Plaintiff, <br> v. <br><br> UNKNOWN, <br>     Defendant. | Case No. 19-01125 BLF (PR) <br><br> **JUDGMENT** |

    The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file a proper complaint and pay the filing fee. A judgment of dismissal without prejudice is entered.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: April 11, 2019

BETH LABSON FREEMAN  
United States District Judge

Judgement  
P:\PRO-SE\BLF\CR.19\001125Gallot_jud.docx